IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

GERALD G. M., JR.,                    )          Civil Action No. 5:23-cv-00870-DNH-ML
                                      )
                    *Plaintiff*       )
                                      )
v.                                    )
                                      )
COMMISSIONER OF                       )
SOCIAL SECURITY,                      )
                    *Defendant*       )          Stipulation – Document Filed Electronically

**<u>Consent Order for Payment of Fees under the Equal Access to Justice Act</u>**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of **one thousand, twenty-two dollars and sixty-four cents ($1,022.64).**

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to his attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this 10th day of January, 2024;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of **$1,022.64**, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

David N. Hurd
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: January 9, 2024

Martin J. O'Malley,
Commissioner of
Social Security

Gerald G. M., Jr.,

By His Attorneys,

By His Attorney,

Carla B. Freedman,
United States Attorney

*/s/ Geoffrey M. Peters*
Geoffrey M. Peters
Special Assistant United States Attorney
NY Bar Roll No. 704027
Social Security Administration
Office of Program Litigation, Office 2
Office of the General Counsel
6401 Security Blvd
Baltimore, MD 21235
Tel.: (617) 565-1849

Howard D. Olinsky, Esq.
Olinsky Law Group
250 S. Clinton St., Ste. 210
Syracuse, NY 13202
Phone: (315) 701-5780
Fax: (315) 701-5781
Email: holinsky@windisability.com